```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RICHARD B. TIMMIS,**

      Plaintiff,
  v.                                               **CIVIL NO. 1:21-CV-133**
                                                              (KLEEH)

**KAS TRUCKING, LLC and**
**DOUGLAS JOHN SCHMINCKE,**

      Defendants.

---

**C.T. and RICHARD B. TIMMIS,**

      Plaintiffs,
  v.                                               **CIVIL NO. 1:23-CV-46**
                                                              (KLEEH)

**KAS TRUCKING, LLC and**
**DOUGLAS SCHMINCKE,**

      Defendants.

---

**RICHARD B. TIMMIS,**

      Plaintiff,
  v.                                               **CIVIL NO. 1:23-CV-44**
                                                              (KLEEH)

**KAS TRUCKING, LLC and**
**DOUGLAS SCHMINCKE,**

      Defendants.

## ORDER OF DISMISSAL

The above-styled actions have been compromised and settled. It is hereby **ORDERED** that the cases are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to **TERMINATE** any pending motions and to send a copy of this Order to counsel of record and any unrepresented party.

DATED: June 11, 2025

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA